| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____  Chapter  11 |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Rich Industries, Inc. |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 36-4244404 |
| **4.** | **Debtor's address** | **Principal place of business**<br><br>489 Thomas Drive<br>Bensenville, IL 60106<br>Number, Street, City, State & ZIP Code<br><br>DuPage<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | www.richindistries.com |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  Rich Industries, Inc.                                    Case number (*if known*)
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor   Rich Industries, Inc.                                    Case number (*if known*)
           Name

**11. Why is the case filed in *this district?***   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other  _____

**Where is the property?**  _____
                    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency  _____
         Contact name  _____
         Phone  _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor　Rich Industries, Inc.　　　　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　　Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on　August 20, 2020
　　　　　　　MM / DD / YYYY

**X** /s/ Richard Rogala　　　　　　　　　　　　　　Richard Rogala
Signature of authorized representative of debtor　　Printed name

Title　President

**18. Signature of attorney**

**X** /s/ Gregory K. Stern　　　　　　　　　　　　　Date August 20, 2020
Signature of attorney for debtor　　　　　　　　　　MM / DD / YYYY

Gregory K. Stern 6183380
Printed name

Gregory K. Stern, P.C.
Firm name

53 West Jackson Boulevard
Suite 1442
Chicago, IL 60604
Number, Street, City, State & ZIP Code

Contact phone　(312) 427-1558　　Email address　greg@gregstern.com

6183380 IL
Bar number and State

Fill in this information to identify the case:

Debtor name: Rich Industries, Inc.
United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| A.I. Technology, Inc. 30503 Anderson Court Wixom, MI 48393 | | Trade Debt | | | | $977.00 |
| Airways Freight P.O. Box 1888 Fayetteville, AR 72702 | | Trade Debt | | | | $1,750.00 |
| Anco Steel Company P.O. Box 71787 Chicago, IL 60694 | | Trade Debt | | | | $25,976.00 |
| Apex Wire Products Company Inc. 9030 Gage Avenue Franklin Park, IL 60131 | | Trade Debt | | | | $11,308.85 |
| Armour Screw Company 501 Busse Elk Grove Village, IL 60007 | | Trade Debt | | | | $2,320.00 |
| Best Quality Cleaning 10015 Pacific Avenue Franklin Park, IL 60131 | | Trade Debt | | | | $1,750.00 |
| Campos Skid Inc. 505 Sundown Road, Unit 5 South Elgin, IL 60177 | | Trade Debt | | | | $1,259.60 |
| Comcast 155 Industrial Dr. Elmhurst, IL 60126 | | Services | | | | $406.94 |
| Comdata 5301 Maryland Way Brentwood, TN 37027 | | Corporate Debt | | | | $20,000.00 |

Debtor   Rich Industries, Inc.                                        Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Commonwealth Edison<br>1919 Swift Drive<br>Oak Brook, IL 60523 | | Services | | | | $1,288.63 |
| D & N Deburring<br>2919 North Birch Street<br>Franklin Park, IL 60131 | | Trade Debt | | | | $945.00 |
| EXO Fabrications, Inc.<br>1140 West Fullerton Avenue<br>Addison, IL 60101 | | Trade Debt | | | | $421.84 |
| Holland<br>700 S. Waverly Road<br>Holland, MI 49423 | | Trade Debt | | | | $1,321.42 |
| Lakeside Bank<br>55 West Wacker Drive<br>Chicago, IL 60601 | | Payroll Protection Program Loan | | | | $61,000.00 |
| Nationwide Gage Calibration, Inc.<br>159 Covington Drive<br>Bloomingdale, IL 60108 | | Trade Debt | | | | $923.18 |
| NSF International - Canada<br>c/o Hunter Warfield<br>4645 South Lakeshore Drive, #11<br>Tempe, AZ 85282 | | Trade Debt | | | | $853.49 |
| NWP IL TT, LLC<br>9450 W. Bryn Mawr Avenue<br>Suite 750<br>Chicago, IL 60618 | | Lease Default | Contingent<br>Unliquidated<br>Disputed | | | $46,503.25 |
| Tri-City Corrugated, Inc.<br>1345 Brewster Creek Blvd.<br>Bartlett, IL 60103 | | Trade Debt | | | | $565.00 |
| Worth Steel<br>4001 West 123rd Street<br>Alsip, IL 60803 | | Trade Debt | | | | $2,559.30 |
| Worth Steel & Machinery Inc.<br>4001 W. 123rd Street<br>Alsip, IL 60803 | | Trade Debt | | | | $2,559.30 |

A.I. Technology, Inc.
30503 Anderson Court
Wixom, MI 48393

Airways Freight
P.O. Box 1888
Fayetteville, AR 72702

Anco Steel Company
P.O. Box 71787
Chicago, IL 60694

Apex Wire Products Company Inc.
9030 Gage Avenue
Franklin Park, IL 60131

Armour Screw Company
501 Busse
Elk Grove Village, IL 60007

Best Quality Cleaning
10015 Pacific Avenue
Franklin Park, IL 60131

Campos Skid Inc.
505 Sundown Road, Unit 5
South Elgin, IL 60177

Comcast
155 Industrial Dr.
Elmhurst, IL 60126

Comdata
5301 Maryland Way
Brentwood, TN 37027

Commonwealth Edison
1919 Swift Drive
Oak Brook, IL 60523

D & N Deburring
2919 North Birch Street
Franklin Park, IL 60131

Direct Capital Lending
634 N. Main Street
Porterville, CA 93257


E-Com Systems, Inc.
9201 Corporate Blvd.
Suite 420
Rockville, MD 20850


EXO Fabrications, Inc.
1140 West Fullerton Avenue
Addison, IL 60101


Fix A Lift, Inc.
P.O. Box 4
Streamwood, IL 60107


Holland
700 S. Waverly Road
Holland, MI 49423


Illinois Department of Employment
Security
33 South State Street
10th Floor
Chicago, IL 60603


Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338


Illinois Manufacturing Directory
1633 Central Street
Evanston, IL 60201


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


Lakeside Bank
55 West Wacker Drive
Chicago, IL 60601

Nationwide Gage Calibration, Inc.
159 Covington Drive
Bloomingdale, IL 60108


Nicor Gas
P.O. Box 2020
Aurora, IL 60507-2020


NSF International - Canada
c/o Hunter Warfield
4645 South Lakeshore Drive, #11
Tempe, AZ 85282


NWP IL TT, LLC
9450 W. Bryn Mawr Avenue
Suite 750
Chicago, IL 60618


On Time Messenger Service
P.O. Box 871
Elk Grove Village, IL 60009


Ronald Stearney
211 West Wacker Drive
Suite 1250
Chicago, IL 60606


Savaglio Brothers, Inc.
6020 N. Kostner Avenue
Chicago, IL 60646


Summit Financial Resources, LLC
2455 East Parleys Way, Suite 200
Salt Lake City, UT 84109


Tri State Propane Exchange LLC
P.O. Box 430
Minooka, IL 60447


Tri-City Corrugated, Inc.
1345 Brewster Creek Blvd.
Bartlett, IL 60103

```
Worth Steel
4001 West 123rd Street
Alsip, IL 60803


Worth Steel & Machinery Inc.
4001 W. 123rd Street
Alsip, IL 60803
```

# United States Bankruptcy Court
## Northern District of Illinois

In re  Rich Industries, Inc.                                                    Case No.
                                    Debtor(s)                                   Chapter    11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Rich Industries, Inc.  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

August 20, 2020                                /s/ Gregory K. Stern
Date                                           Gregory K. Stern 6183380
                                               Signature of Attorney or Litigant
                                               Counsel for  Rich Industries, Inc.
                                               Gregory K. Stern, P.C.
                                               53 West Jackson Boulevard
                                               Suite 1442
                                               Chicago, IL 60604
                                               (312) 427-1558 Fax:(312) 427-1289
                                               greg@gregstern.com